Douglas J. Siddoway
Randall | Danskin, P.S.
601 W. Riverside Ave., Suite 1500
Spokane, WA 99201
(509) 747-2052
(509) 624-2528 F
djs@randalldanskin.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: WALTER D. ANDERSON and MARGIE A. ANDERSON,

    Debtors.

BRIAN ELLSWORTH, a single man; RONALD W. ELLSWORTH, a married man; NANCY J. ELLSWORTH, a single woman; SYLVESTER U. and REBECCA J. AKPAN, husband and wife, and the marital community comprised thereof; and the DORIS J. ELLSWORTH RESIDUARY TRUST,

    Plaintiffs,

v.

MARGARET ("MARGIE") ANDERSON and JOHN DOE ANDERSON, husband and wife, and the marital community comprised thereof; COMMERCIAL LENDING NORTHWEST, INC., a Washington corporation; RYDYN ENTERPRISES, L.L.C., a Washington Limited Liability company; ATTESA CORPORATION, a Washington corporation; and JO BURSEY, a married woman,

    Defendants.

Case No. 10-20651-TLM

Adversary No. 10-07039-TLM

AMENDED MOTION FOR DEFAULT ORDER AND JUDGMENT AGAINST COMMERICAL LENDING NORTHWEST, INC., RYDYN ENTERPRISES, L.L.C. AND ATTESA CORPORATION

AMENDED MOTION FOR DEFAULT ORDER AND JUDGMENT - 1

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

### NOTICE OF MOTION FOR DEFAULT ORDER AND JUDGMENT AND OPPORTUNITY TO OBJECT AND FOR A HEARING

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Plaintiffs move the Court for a Default Order and Judgment against defendants Commercial Lending Northwest, Inc., Rydyn Enterprises, L.L.C. and Attesa Corporation in the amount of $430,000, together with prejudgment interest on that liquidated amount and attorneys fees and costs of $36,095.28, because said defendants have failed to answer plaintiffs' Complaint.

THIS MOTION is based upon Fed. R. Bankr. P. 7055 and F.R.Civ.P. 55, the records and files herein, and upon the appended Affidavit of Douglas J. Siddoway, the attorney for plaintiffs.

DATED this 11th day of March, 2011.

RANDALL | DANSKIN

By:   s/Douglas Siddoway
      Douglas J. Siddoway, ISB #2388
      Attorneys for Plaintiffs

AMENDED MOTION FOR DEFAULT
ORDER AND JUDGMENT - 2

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of March, 2011 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

| | |
|---|---|
| John Doe Anderson<br>6622 N. Perrine Rd.<br>Spokane, WA 99217 | Attesa Corporation<br>1310 West North Five Mile Rd.<br>Spokane, WA 99208 |
| Margie A. Anderson<br>6622 North Perrine Road<br>Spokane, WA 99217 | Rydyn Enterprises, LLC<br>6622 N. Perrine Rd.<br>Spokane, WA 99217 |
| Jo Bursey<br>14207 Oak Valley Drive<br>Orlando, FL 32826 | Commercial Lending Northwest, Inc.<br>2906 N. Argonne Rd.<br>Spokane, WA 99212 |
| Attesa Corporation<br>825 N. Sargent Rd.<br>Spokane Valley, WA  99212 | |

s/ Douglas Siddoway
Douglas Siddoway, ISB #2388
Attorney for Plaintiffs

F:\USERS\28264\ANDERSON BANKRUPTCY\Default\Amended Motion for Default Order.doc

AMENDED MOTION FOR DEFAULT
ORDER AND JUDGMENT - 3

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052