U.S. COURTS

MAR 30 2011

Rcvd_____ Filed_____ Time____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: WALTER D. ANDERSON AND MARGIE A. ANDERSON | |
| Debtors. | Case No. 10-20651-TLM |
| BRAIN ELLSWORTH, a single man: | Adversary No. 10-07039 TLM |
| RONALD W. ELLSWORTH, a married man: | |
| NANCY J. ELLSWORTH, a single woman: | **MOTION ORDER FOR** |
| SYLVESTER U. and REBECCA J. AKPAN, | **CONTINUENCE** FOR DEFAULT |
| Husband and wife and the marital community | ORDER AND JUDGEMENT |
| Comprised thereof: and the Doris J. Ellsworth | AGAINST COMMERCIAL LENDING |
| RISIDUARY TRUST, | NORTHWEST, INC., RYDYN |
| | ENTERPRISES, LLC AND ATTESA |
| Plaintiffs. | CORPORTATON |
| V. | |
| MARGARET ANDERSON AND JOHN DOE ANDERSON, | (WITH ORAL ARGUMENT) |
| Husband and wife, and the marital community | |
| Comprised thereof; COMMERCIAL LENDING | Date: May 3rd, 2011 |
| NORTHWEST INC., a Washington corporation; | Time: 9:30 a.m. |
| RYDYN ENTERPRISES, LLC. a Washington Limited | |
| Liability company; ATTESA CORPORATION, a | |
| Washington Corporation, and JO BURSEY; | |
| a married woman. | |

Margie A. Anderson and Walter D. Anderson and Commercial Lending Northwest Inc, do not have legal representation at this time. We have been diligently trying to obtain an attorney to represent us.

We will be out of town on April 5th, 2011.

Thank you

*/s/ Walt D. Anderson*
Walt D. Anderson

*/s/ Margie Anderson*
Margie A. Anderson

## CERTIFICATE OF SERVICE

We hereby certify that on this 29th day of March, 2011, we served the foregoing on the following Participants via first class mail addressed as follows:

| | |
|---|---|
| Douglas Siddoway | Attesa Corporation |
| Randall /Danskin | 1310 W North five mile rd |
| 601 W Riverside Ste 1500 | Spokane Wa  99208 |
| Spokane Wa  99201 | |

Jo Bursey

14207 Oak Valley Drive

Orlando Fl  32826

Attesa Corporation

825 N Sargent Rd

Spokane Wa  99212