# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Walter D. Anderson, | ) | Case No.  10-20651-TLM |
| Margie A. Anderson, | ) | |
|       Debtor. | ) | |
| ——————————————— | ) | Chapter 7 |
| | ) | |
| Brian Ellsworth, et al, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 10-07039-TLM |
| | ) | |
| Margaret ("Margie") Anderson and | ) | |
| John Doe Anderson, et al, | ) | |
|       Defendant, | ) | |
| ——————————————— | ) | |

## NOTICE OF PRETRIAL CONFERENCE AND ORDER

**On the 14th day of June 2011, by Video Conference at 9:00 a.m. Pacific / 10:00 a.m. Mountain Time**, a pretrial conference will be held in the above captioned proceeding.   On the date and at the time specified, the parties shall appear at either United States Courthouse, 6450 Mineral Drive, Coeur d'Alene, Idaho or at U.S. Bankruptcy Court, James A. McClure Federal Building and U.S. Courthouse, 550 West Fort Street, Boise, Idaho.  Failure to participate will result in trial and trial deadlines being set without further notice.

The parties shall be prepared to discuss the following matters at the pretrial conference.

NOTICE OF PRETRIAL CONFERENCE AND ORDER - 1

1.      Whether the pleadings are settled, or whether the parties anticipate
amendments to the pleadings or to join additional parties.  If the latter,
whether such amendments may be accomplished by stipulation or,
alternatively, the time required to present such matters to the Court.

2.      Whether there are unresolved issues of jurisdiction, service or procedure
that must be addressed.

3.      The anticipated time required to complete all discovery, and whether any
discovery issues (experts, privilege, electronic records, etc.) are anticipated
that may require special attention.

4.      The possibility of pretrial motions, including any dispositive motions, and a
suggested deadline for the filing and hearing of such motions.

5.      The number of anticipated witnesses and the volume of anticipated exhibits,
and any matters related to the Court's standard "Order Regarding Exhibits
and Witness List" (a copy of which is attached hereto).

6.      The potential for resolution through, and any matters relating to, alternative
dispute resolution (ADR) practices and procedures.

7.      The anticipated time required for trial.

Parties shall have, at the time of the pretrial conference, access to their calendars,
and shall be prepared to identify available and unavailable dates for the scheduling of
trial.


NOTICE OF PRETRIAL CONFERENCE AND ORDER - 2

Elizabeth A. Smith, Clerk
U.S. Bankruptcy Court

/s/
By: Melanie Patrick, Deputy Clerk

NOTICE OF PRETRIAL CONFERENCE AND ORDER - 3

## ORDER REGARDING EXHIBITS AND WITNESS LISTS

The following provisions govern all documentary exhibits to be used in the trial of the adversary proceeding, and identification of all witnesses that may be called, except exhibits used solely for purposes of impeachment or rebuttal, and witnesses called solely for rebuttal.

(a)   Marking, exchanging, and providing exhibits

(1)   Each party shall identify a proposed documentary exhibit by marking it, if practicable, in the lower right hand corner of its first page.  Unless there are more than two parties, the plaintiff shall identify exhibits by consecutive number starting with 100 (100, 101, 102, 103, etc.), and the defendant shall identify exhibits by consecutive number starting with 200 (200, 201, 202, 203, etc.).

(A)   If there are more than two parties, or if parties anticipate a number of exhibits greater than this protocol will accommodate, the parties shall address that matter with the courtroom deputy and comply with such orders as the Court may enter as to exhibit identification and numbering.  Ordinarily subsequent number ranges (300, 301, 302, 303, etc.; 400, 401, 402, 403, etc.) will be assigned to the additional parties.

(2)   Any party intending to offer an exhibit in evidence shall provide pre-marked copies thereof to opposing parties, and provide the original and one copy to the courtroom deputy, no later than forty-eight (48) hours prior to the scheduled commencement of trial unless otherwise ordered by the Court.  Failure to do so may be grounds for not admitting an exhibit in evidence.

(3)   Where a party intends to offer ten (10) or more exhibits, that party shall place its pre-marked exhibits in tabbed binders prior to exchanging exhibits with other parties and providing them to the courtroom deputy.

(b)   Identification and disclosure of witnesses

(1)   Each party shall disclose the names and addresses of all witnesses proposed to be called at trial, except for rebuttal witnesses.  Such witness lists shall be provided to opposing parties and the courtroom deputy no later than forty-eight (48) hours prior to the scheduled commencement of trial unless otherwise ordered by the Court.  Failure to do so may be grounds for not allowing the testimony of a witness.

(2)   Parties designating a witness shall have the responsibility, subject to the Bankruptcy Rules, of assuring the presence of the witness at trial.

     (c)  Discretion of the Court.

     Notwithstanding the foregoing, the Court may enter such orders concerning exhibits or witness lists as may be necessary or appropriate, including modification or waiver of the requirements of this Order.

**BY ORDER OF THE COURT**